UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

|  |  |
|---|---|
| MAMMOET USA NE CORP., <br>   Plaintiff <br><br> v. <br><br> DICK CORP. <br>   Defendant | : <br> : CIVIL ACTION No. 3:02CV2022 (MRK) <br> : <br> : <br> : <br> : <br> : <br> : November 12, 2003 <br> : |

## NOTICE OF DISMISSAL

Per FRCP 41(a), and pursuant to a settlement agreement executed by the parties and dated November 6, 2003, the plaintiff, MAMMOET USA NE CORP., hereby gives Notice that the instant case may and shall be dismissed with prejudice as to the issues raised herein, and the Order of Prejudgment Attachment issued herein is hereby released by plaintiff. Plaintiff reserves the right, however, to reinstitute suit per the settlement agreement in the event that the terms of the settlement agreement are breached.

        PLAINTIFF, MAMMOET USA NE, CORP.

  By:_____
     Steven B. Kaplan
     Federal Bar # CT 06366
     Michelson, Kane, Royster & Barger, P.C.
     93 Oak Street, Hartford, CT 06106
     Tel: (860) 522-1243
     Fax: (860) 548-0194
     Email: sbkaplan@snet.net

## CERTIFICATION

This is to certify that on the 13th day of November, 2003, a copy of the foregoing was mailed, postage prepaid, to all counsel and parties of record as follows:

George J. Kelly, Jr., Esq.
Siegel, O'Connor, Zangari, O'Donnell & Beck P.C.
150 Trumbull Street
Hartford, CT  06103

_____
Steven B. Kaplan