FILED

Nov 14  1 30 PM '03

U.S. DISTRICT COURT
NEW HAVEN, CONN.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| MAMMOET USA NE CORP.,<br>Plaintiff<br><br>v.<br><br>DICK CORP.<br>Defendant | : CIVIL ACTION No. 3:02CV2022 (MRK)<br>:<br>:<br>:<br>:<br>:<br>: November 12, 2003<br>: |

## NOTICE OF DISMISSAL

Per FRCP 41(a), and pursuant to a settlement agreement executed by the parties and dated November 6, 2003, the plaintiff, MAMMOET USA NE CORP., hereby gives Notice that the instant case may and shall be dismissed with prejudice as to the issues raised herein, and the Order of Prejudgment Attachment issued herein is hereby released by plaintiff. Plaintiff reserves the right, however, to reinstitute suit per the settlement agreement in the event that the terms of the settlement agreement are breached.

PLAINTIFF, MAMMOET USA NE, CORP.

By: _____
Steven B. Kaplan
Federal Bar # CT 06766
Michelson, Kane, Royster & Barger, P.C.
93 Oak Street, Hartford, CT 06106
Tel: (860) 522-1243
Fax: (860) 548-0194
Email: sbkaplan@snet.net

ORDERED ACCORDINGLY
KEVIN F. ROWE
Clerk, U.S. District Court

1